# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MICHAEL PEREZ,<br><br>    Petitioner,<br><br>  v.<br><br>R. PHILIP GUTTIEREZ,<br><br>    Respondent. | Case No. 13-1446-PA (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: April 11, 2013

                PERCY ANDERSON
                UNITED STATES DISTRICT JUDGE