# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MICHAEL PEREZ,<br><br>    Petitioner,<br><br>v.<br><br>R. PHILIP GUTTIEREZ,<br><br>    Respondent. | Case No. CV 13-1446-PA (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: April 11, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE